AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 201 (b)(2) - Receiving a Bribe as a Public Official

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Fine up to $250,000
Imprisonment up to 15 years
Possible disqualification from holding office of honor
Supervised release up to 3 years

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ Joseph Scott

DISTRICT COURT NUMBER
CR 15-514 CRB

**DEFENDANT**
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Brian Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Laura Vartain Horn

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

*FILED*
2017 JUN 22 A 10: 35

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 15-514 CRB |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 201(b)(2) – Receiving a Bribe as a Public Official |
| v. | ) |
| JOSEPH SCOTT, | ) |
| Defendant. | ) |

SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE:     (18 U.S.C. § 201(b)(2) – Receiving a Bribe as a Public Official)

Beginning on or about an unknown date, but no later than May 14, 2013, and continuing until April 17, 2014, in the Northern District of California, and elsewhere, the defendant,

JOSEPH SCOTT,

a public official, did agree to receive and accept something of value; to wit, money, in return for being persuaded to do or not to do an act in violation of his official duty, including facilitating and permitting individuals to smuggle controlled substances through the TSA security screening checkpoint at San Francisco International Airport, in violation of Title 18, United States Code, Section 201(b)(2)(C).

//

SUPERSEDING INFORMATION            1

DATED: June 21, 2017

BRIAN J. STRETCH
United States Attorney

/s/ Barbara J. Valliere

BARBARA J. VALLIERE
Chief, Criminal Division

(Approved as to form: /s/ Laura Vartain Horn )
LAURA VARTAIN HORN